March 31, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROSEMARY TOOKER, Appellant

NO. 14-15-00124-CV                    V.

ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 7, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Rosemary Tooker.

We further order this decision certified below for observance.